## Commonwealth *v.* LaCamera, Appellant.

██ Argued November 11, 1970. *Michael J. Wherry,* Assistant Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Jo-*

*seph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.